UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KINDER,

        Plaintiff,

v.

        Case No. 1:10-cv-405

        HONORABLE PAUL L. MALONEY

NORTHWESTERN BANK,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Northwestern Bank has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Northwestern Bank shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: June 15, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge