# EXHIBIT A

# Select A Case

**This person is a party in 6 cases.**

| | | |
|---|---|---|
| 1:10-cv-00405-PLM | Kinder v. Northwestern Bank | filed 04/26/10 |
| 1:10-cv-00621-GJQ | Kinder v. Mainstreet Savings Bank | filed 06/30/10 |
| 1:10-cv-00622-RJJ | Kinder v. Michigan Commerce Bank | filed 06/30/10 |
| 1:10-cv-00623-RJJ | Kinder v. Traverse City State Bank | filed 06/30/10 |
| 1:10-cv-00624-RJJ | Kinder v. Central State Bank | filed 06/30/10 |
| 1:10-cv-00625-PLM | Kinder v. First Community Bank | filed 06/30/10 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/08/2010 13:06:37 | | | |
| PACER Login: | vr0003 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: Kinder First Name: N* |
| Billable Pages: | 1 | Cost: | 0.08 |

## Select A Case

**This person is a party in 2 cases.**

5:09-cv-12690-JCO-DAS     Kinder v. Sunrise Family Credit Union    filed 07/08/09    closed 10/21/10

5:10-cv-11549-JCO -RSW    Kinder v. ELGA Credit Union           filed 04/16/10

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/08/2010 13:12:33 | | |
| **PACER Login:** vr0003 | **Client Code:** | |
| **Description:** Search | **Search Criteria:** | Last Name: Kinder First Name: N* |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

# Select A Case

**This person is a party in 4 cases.**

| | | |
|---|---|---|
| 2:10-cv-12567-DPH -MAR | Kinder v. Paramount Bank | filed 06/29/10 |
| 2:10-cv-12569-GCS -PJK | Kinder v. Bestbank | filed 06/29/10 |
| 2:10-cv-12570-AC-VMM | Kinder v. Dearborn Federal Savings Bank | filed 06/29/10 |
| 5:10-cv-12571-JCO -RSW | Kinder v. Community State Bankcorp | filed 06/29/10 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/08/2010 13:12:39 | | | |
| PACER Login: | vr0003 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: Kinder First Name: N* |
| Billable Pages: | 1 | Cost: | 0.08 |

# Select A Case

**This person is a party in 19 cases.**

| | | | |
|---|---|---|---|
| 2:09-cv-12682-GER-PJK | Harrison v. Davison State Bank | filed 07/08/09 | closed 08/31/09 |
| 2:09-cv-12692-DPH-MKM | Harrison v. Independent Bank | filed 07/08/09 | |
| 5:09-cv-12666-JCO-DAS | Harrison v Commercial Bank | filed 07/08/09 | |
| 5:09-cv-12675-JCO-DAS | Harrison v. LOC Federal Credit Union | filed 07/08/09 | closed 10/21/10 |
| 5:09-cv-12676-JCO-DAS | Harrison v. Firstbank Corporation | filed 07/08/09 | closed 07/20/10 |
| 5:09-cv-12679-JCO-DAS | Harrison v. Fifth Third Bancorp | filed 07/08/09 | closed 05/25/10 |
| 5:09-cv-12681-JCO-DAS | Harrison v. First Financial Bank, N.A. | filed 07/08/09 | closed 03/08/10 |
| 5:09-cv-12683-JCO-DAS | Harrison v. Co-Op Services Credit Union | filed 07/08/09 | closed 10/20/10 |
| 5:09-cv-12684-JCO-DAS | Harrison v. First Independence Bank | filed 07/08/09 | |
| 5:09-cv-12686-JCO-DAS | Harrison v. Gratiot Community Credit Union | filed 07/08/09 | closed 05/06/10 |
| 5:09-cv-12687-JCO-DAS | Harrison v. Flagstar Bank FSB | filed 07/08/09 | |
| 5:09-cv-12688-JCO-MKM | Harrison v. Dart Bank | filed 07/08/09 | |

| 5:09-cv-12689-JCO-DAS | Harrison v. Northland Area Federal Credit Union | filed 07/08/09 | |
| 5:09-cv-12696-JCO-DAS | Harrison v. Lapeer County Community Credit Union | filed 07/08/09 | |
| 5:09-cv-12697-JCO-DAS | Harrison v. Lakes Community Credit Union | filed 07/08/09 | |
| 5:09-cv-12699-JCO-DAS | Harrison v. Metro North Federal Credit Union | filed 07/08/09 | closed 10/21/10 |
| 5:09-cv-12700-JCO-DAS | Harrison v. Oxford Bank Corporation | filed 07/08/09 | |
| 5:09-cv-12701-JCO-DAS | Harrison v. FNBH Bancorp, Inc | filed 07/08/09 | closed 03/09/10 |
| 5:09-cv-12702-JCO-DAS | Harrison v. New Liberty Bank | filed 07/08/09 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/08/2010 13:12:58 | | | |
| PACER Login: | vr0003 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: Harrison First Name: R* |
| Billable Pages: | 1 | Cost: | 0.08 |