# EXHIBIT D

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NANCY KINDER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHWESTERN BANK,<br><br>  Defendant. | Case No. 1:10-cv-405<br>Honorable Paul L. Maloney<br><br><br><br>**AFFIDAVIT OF BRION B. DOYLE** |
| Douglas S. Ellmann (P34617)<br>ELLMANN & ELLMANN PC<br>Attorneys for Plaintiff<br>308 West Huron Street<br>Ann Arbor, MI 48103<br>(734) 668-4800<br>dse@ellmannlaw.com<br><br>Geoffrey Bestor<br>Attorney for Plaintiff<br>4204 Maple Terrace<br>Chevy Chase, MD 20815<br>(301) 654-2918 | Ronald G. DeWaard (P44117)<br>Brion B. Doyle (P67870)<br>VARNUM<br>Attorneys for Defendant<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>rgdewaard@varnumlaw.com<br>bbdoyle@varnumlaw.com |

Brion B. Doyle states under oath for his Affidavit as follows and would testify to the same if called as a witness:

1. I am an attorney with Varnum, and I am counsel of record for Northwestern Bank in this case.

2. I am also counsel of record for defendants in other of Ms. Kinder's ATM lawsuits.

3. In one Ms. Kinder's other ATM lawsuits, Ms. Kinder's local counsel, Brian Nettleingham, informed me that Michael Harrison controlled the settlement of the claim in that

case. Mr. Nettleingham further informed me that Michael Harrison had ultimate settlement authority in other of Ms. Kinder's cases.

FURTHER AFFIANT SAYETH NOT.

_____
Brion B. Doyle

Subscribed and sworn to before me this 12th day of November, 2010.

_____
Teresa M. Garber, Notary Public
County of Kent, State of Michigan
My commission expires: April 20, 2016

3860752_1.DOC

2