# EXHIBIT E

## Doyle, Brion B.

**From:** Brian A. Nettleingham [ban@maddinhauser.com]
**Sent:** Wednesday, October 06, 2010 4:51 PM
**To:** Doyle, Brion B.
**Cc:** Geoffrey Bestor
**Subject:** RE: Kinder Lawsuits

Brion,

By way of an update, Michael Harrison is not going to be involved in these cases. Geoff Bestor, who I believe you've met, will be filing an appearance, and you can communicate with him regarding possible settlement.

Regards,
Brian

---------------
Brian A. Nettleingham
Maddin Hauser
(p) 248.359.7503
(f) 248.359.7553


**From:** Doyle, Brion B. [mailto:bbdoyle@varnumlaw.com]
**Sent:** Wednesday, October 06, 2010 4:32 PM
**To:** Brian A. Nettleingham
**Subject:** Kinder Lawsuits

Brian,

We received your discovery requests in the Paramount Bank, Central State Bank, and Traverse City State Bank matters. As you know, Rule 26(d)(1) prohibits a party from seeking discovery from any source prior to the Rule 26(f) conference. As that has not yet occurred in any of the three cases listed above, we will hold the requests for the time being and work with you to set the response deadline after our conferences.

On a separate note, we are interested in discussing the parameters of potential settlements in our cases. You mentioned previously that we should or would have to talk to Michael Harrison on that subject. Is that still the case? If so, could you please provide us with his contact information so that we could do so?

Thanks, Brian.

Brion


**Brion B. Doyle**
Direct: 616 / 336-6479



Varnum
333 Bridge Street NW
Grand Rapids, Michigan 49504

Main: 616 / 336-6000
Fax: 616 / 336-7000
www.varnumlaw.com

1