UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:10-cv-405 | February 16, 2011 | 3:15 PM - 4:15 PM | Kalamazoo | Paul L. Maloney |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Nancy Kinder | Northwestern Bank |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Geoffrey Grant Bestor | Plaintiff(s) |
| Ronald G. DeWaard | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Motion to Certify Class held at Cooley Law School; court to issue a written opinion.

Court Reporter: Kathleen Thomas            Judicial Assistant: Alice E. Baker