UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NANCY KINDER,<br>     Plaintiff,<br><br>-v-<br><br>NORTHWESTERN BANK,<br>     Defendant. | No. 1:10-cv-405<br><br>HONORABLE PAUL L. MALONEY |

**ORDER**

On November 2, 2011, this Court approved a joint motion for settlement in part and referred the motion in part. (ECF No. 44.) Specifically, the Court certified a class for the purposes of settlement and referred the preliminary approval of the settlement agreement for a report and recommendation.

Because the class has been certified for settlement purposes, and because the motion for approval was filed jointly, **IT IS HEREBY ORDERED THAT**

1. Plaintiff's motion for class certification (ECF No. 16) is **DISMISSED AS MOOT;**

2. Defendant's motion for summary judgment (ECF No. 28) is **DISMISSED AS MOOT;** and

3. Plaintiff's motion for summary judgment on liability (ECF No. 30) is **DISMISSED AS MOOT.**

Date:   November 10, 2011                   /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief, United States District Judge