UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KINDER,

        Plaintiff,

                                            Case No.: 1:10-cv-405

v.

                                            HONORABLE PAUL L. MALONEY

NORTHWESTERN BANK,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 65).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that Defendant's motion to stay or vacate entry of Preliminary Approval Order and for other relief (ECF No. 59) is **DENIED**.

        **IT IS FURTHER ORDERED** that Plaintiff's motion for the entry of a Preliminary Approval Order (ECF No. 58) is **GRANTED**.  A Preliminary Approval Order consistent with the modifications stated in the Report and Recommendation shall issue.

Dated:  May 8, 2013

                                      /s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      Chief United States District Judge